MINUTE ENTRY
BARBIER, J.
MARCH 21, 2023
JS-10:   20 min

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIBERTAS TAX FUND I LLC | CIVIL ACTION |
| VERSUS | NUMBER: 23-117 |
| CANDACE TAYLOR | SECTION: "J"(2) |

| | |
|---|---|
| COURTROOM DEPUTY:<br>Dean Oser | COURT REPORTER:<br>Cathy Pepper |

TUESDAY, MARCH 21, 2023 AT 2:00 P.M.
JUDGE CARL J. BARBIER PRESIDING

MOTION HEARING

Case called at 2:07 p.m.

MOTION for Temporary Restraining Order and Preliminary Injunction by Candace Taylor. (Rec. Doc. 11).

Mr. Bosworth, attorney for the Orleans Parish Sheriff's Office, was present at the hearing and advised the Court that the writ of possession will not be executed on March 23, 2023 and that no execution will occur without prior notice to opposing counsel and the court. For this reason and for the reasons stated on the record, the motion (Rec. Doc. 11) is DISMISSED WITHOUT PREJUDICE AS MOOT.

The Court hereby REFERS this matter under FED. R. CIV. P. 16(c)(2)(I) and EDLA Local Rule 16.3.1(c) to a settlement conference before assigned U.S. Magistrate Judge Donna Phillips Currault. All named parties, including Cook Title & Closing Services, LLC and the City of New Orleans, are hereby ORDERED to appear and participate in accordance with the instructions to be provided in Judge Currault's order setting settlement conference for April 25, 2023, at 2:00 p.m.

Court adjourned at 2:27 p.m.

ATTORNEYS:  Wesley M. Plaisance, for Libertas Tax Fund I LLC
Gregory Swafford, for Candace Taylor
Alexandra T. Giavotella, Peter M. Mansfield, for United States of America
Graham Bosworth, for Orleans Parish Sheriff's Office

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

<u>United States to serve:</u>

Cook Title & Closing Services, LLC
46008 Kate St.
Hammond, LA 70401
　　　[and]
1801 Lafayette St.
Gretna, LA 70053